James M. Andrews, Esq. (5571)
**GIORDANO, HALLERAN & CIESLA, P.C.**
125 Half Mile Road, Suite 300
Red Bank, N.J. 07701-6777
(732) 741-3900
Attorneys for Plaintiff, LidoChem, Inc.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
## TRENTON VICINAGE

| | |
|---|---|
| LIDOCHEM, INC., <br><br> Plaintiff, <br><br> v. <br><br> PLANT FOOD COMPANY, INC., <br><br> Defendant. | CIVIL ACTION <br><br> No. 14-cv-04022-MLC-TJB <br><br> **STIPULATION OF DIMISSAL WITH PREJEDUCICE** |

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the matter in difference in the above-entitled action having been amicably adjusted by and between the parties, it is hereby stipulated and agreed that all claims against and between the parties be and are hereby dismissed with prejudice and without costs against either party in accordance with general releases and a certain Confidential Settlement Agreement entered between the parties. The parties agree that terms of the releases and the Confidential Settlement Agreement are incorporated herein by reference.

_____
James M. Andrews, Esq. (5571)
GIORDANO, HALLERAN & CIESLA, P.C.
125 Half Mile Road, Suite 300
Red Bank, N.J. 07701-6777
(732) 741-3900
Attorneys for Plaintiff, LidoChem, Inc.

_____
Francis J. Brennan, III, (019191995)
BRENNAN LAW FIRM
73 North Main Street
Cranbury, New Jersey 08512
(609) 395-5533
Attorneys for Defendant, Plant Food Company, Inc

Docs #1746631